# United States Bankruptcy Court

## ___Northern___ District of _____Illinois_____

In re: _DILLON, NORMAL._          Case No. _10 B 46648_
    Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. _Debtor's income renders her ineligible for a waiver._

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _74.75_ on or before _2/1/11_

$ _74.75_ on or before _3/1/11_

$ _74.75_ on or before _4/1/11_

$ _74.75_ on or before _5/2/11_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ .AM/PM at _____ .
                                        (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _1/20/11_

BY THE COURT:

_United States Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

IN RE:                                    )      **Chapter 7**        JAN 2 1 2011
                                          )
    **NORMA L. DILLON,**                  )      **10 B 46648**       Judge A. Benjamin Goldgar
                                          )                     United States Bankruptcy Court
                                          )
            **Debtor.**   )      **Judge A. Benjamin Goldgar**

### CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on January 21, 2011, I caused to be sent by regular mail a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee**, dated January 20, 2011, to the parties listed below.

**(Pro Se Debtor)**
Norma L. Dillon
2212 Lewis Avenue
Apt. 302
Zion, Illinois 60099

**(Chapter 7 Trustee)**
John E. Gierum
Gierum & Mantas
9700 Higgins Road
Suite 1015
Rosemont, Illinois 6018

**(US Trustee)**
Patrick S. Layng
Office of the US Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604

Dated: January 21, 2011

_____
Nancy Castellano
Courtroom Deputy